UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN BAKER

                Plaintiff,

vs.

FRIEL THE HEAT LLC

                Defendant.

NO. 20-cv-00545-RSL

STIPULATED MOTION AND ORDER FOR STAY OF CASE FOR PENDING SETTLEMENT NEGOTIATIONS

## STIPULATION

Plaintiff Brian Baker and Defendant Friel The Heat LLC (collectively, "Parties"), by and through their respective undersigned attorneys, hereby move on a stipulated and agreed basis for an order temporarily staying all litigation in this case while the Parties engage in settlement negotiations. The parties are attempting to resolve this case at the earliest possible stage to secure the just, speedy, and inexpensive resolution of this action. *See* Fed. R. Civ. P. 1. In support of the Stipulated Motion, the Parties jointly state as follows:

1. On April 9, 2020, Plaintiff commenced this civil action by filing his Complaint. Dkt. 1. Defendant has been served with process.

2. The Parties through their counsel conferred regarding the possibility of resolving this case through settlement negotiations, including accessibility alterations and the amount of reasonable attorney fees and costs, before undertaking significant litigation and motion practice. It appears that such a resolution is a likely possibility.

3. The Parties believe that they can informally exchange necessary information and

STIPULATION AND ORDER
FOR STAY OF CASE -1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

engage in productive negotiations in 30 days.  However, the Parties agree that these negotiations would be compromised by simultaneous discovery and motion practice.

Based on the foregoing, the Parties respectfully request the Court to enter an Order:

(i) Staying this action for all purposes until **July 16, 2020**, to enable the parties to focus on and conduct settlement negotiations; and

(ii) Scheduling a date for the Parties to file a joint report or other event that will permit the Parties to update the Court on progress of settlement efforts before or at the conclusion of the requested stay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 15, 2020          GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Sarah N. Turner*
Sarah N. Turner, WSBA #37748
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, Washington  98104
Tel.:     206.695.5100
Email:   Sturner@grsm.com
Attorneys for Defendant
FRIEL THE HEAT LLC

DATED: June 15, 2020          WASHINGTON CIVIL & DISABILITY ADVOCATE

By: */s /Conrad Renoldson*
Conrad Reynoldson, WSBA #48187
By: */s /Jill Sulzberg*
Jill Sulzberg WSBA #55946
Washington Civil & Disability Advocate
3513 NE 45th Street, Suite G
Seattle, Washington  98105
Tel.:    206.876.8515
Email:  Conrad@wacda.com
            Jill@wacda.com
Attorneys for Plaintiff
BRIAN BAKER

STIPULATION AND ORDER
FOR STAY OF CASE -2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that this matter is stayed until July 16, 2020. It is further ORDERED that the parties file a Joint Report regarding the progress of settlement negotiations on or before that date. If a settlement has not been reached, the parties shall either indicate that an extension of the stay is appropriate or propose a new trial date.

Dated this 16th of June, 2020.

*[signature]*
THE HONORABLE ROBERT LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
FOR STAY OF CASE -3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822